DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**KARISMA HOTELS & RESORTS CORPORATION LTD.,**
Appellant,

v.

**DAVID HOFFMAN,** as Personal Representative of the **ESTATE OF LISA HOFFMAN, PREMIER WORLDWIDE MARKETING, LLC,** and **PREMIER GUEST SERVICES, LLC,**
Appellees.

No. 4D2025-1743

[December 18, 2025]

Appeal of a nonfinal order from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Daniel A. Casey, Judge; L.T. Case No. CACE-20-008429.

Michael A. Rosenberg and David O. Caballero of Cole, Scott & Kissane, P.A., Plantation, and Trevor G. Hawes of Coker Law, Jacksonville for appellant.

Kelley B. Stewart, Joseph J. Slama, and Christopher W. Royer of Krupnick Campbell Malone Buser Slama Hancock, P.A., Fort Lauderdale, for appellee.

PER CURIAM.

*Affirmed.*

KUNTZ, C.J., GERBER and KLINGENSMITH, JJ., concur.

\*        \*        \*

***Not final until disposition of timely-filed motion for rehearing.***